EXHIBIT 6

 **LexisNexis** RISK SOLUTIONS     Accurint® for Legal Professionals

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 02/24/23
**Reference Code:** ███████████████

**Report processed by:**
Kissinger & Fellman
3773 Cherry Creek Drive North
Denver, CO 80209-3804
303-320-6100 Main Phone
303-320-6613 Fax

**Report Legend:**
S - Shared Address
D - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name:  **EDUARDO SOTO PEREZ**
Date of Birth: ███████
Age: **59**
SSN: ██████████  issued in ████  between ██████████████

**AKAs**
**(Names Associated with Subject)**

**EDUARDO SOTO PEREZ**
   Age: **59**   SSN: ██████████
**EDUARDO S PEREZ**
   Age: **59**   SSN: ██████████
**EDUARDO PEREZ**
   Age: **59**   SSN: ██████████
**EDUARDO SOTO**
   Age: **59**   SSN: ██████████
**EDWARDO SOTO**
   Age: **59**   SSN: ██████████

**Indicators**



**EXHIBIT 6**



**Address Summary:**

4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY ( 2009 - Dec 2022)
PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY (Apr 1987 - Dec 2022)
WARD RD, MIDLOTHIAN, TX 76065, ELLIS COUNTY (Mar 1999)

**Active Address(es):**

4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY ( 2009 - Dec 2022)
    **Name Associated with Address:**
        EDUARDO PEREZ
        **Current Residents at Address:**
        EDUARDO SOTO
        JOSE SOTO
        █████████ - CST SOTO EDUARDO
    **Property Ownership Information for this Address**
        **Property:**
          Parcel Number - 126-2359-00170
          Owner Name: EDUARDO SOTO
          Property Address: - 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
          Owner Address:
          Sale Date - 11/05/2009
          Subdivision Name - GREEN RIDGE PH 01
          Total Market Value - $105,346
          Assessed Value - $87,739
          Land Value - $65,000
          Improvement Value - $40,346
          Land Size - 43,560 Square Feet
          Year Built - 1998
        Seller Name: FEDERAL HM LN MTG CORP

**EXHIBIT 6**

Legal Description - LOT 17 BLK 1 GREEN RIDGE PH 1 S# TXCTCG990743A/B L# NTA0877019/20 ELECTED HEAL

Data Source - A

**Previous And Non-Verified Address(es):**

PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY (Apr 1987 - Dec 2022)
   **Name Associated with Address:**
      EDUARDO SOTO

WARD RD, MIDLOTHIAN, TX 76065, ELLIS COUNTY (Mar 1999)
   **Name Associated with Address:**
      EDWARDO SOTO
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 191218
         Book - 1781
         Page - 1873
         Owner Name: CHAPARRAL STEEL MIDLOTHIAN
         Property Address: - WARD RD, MIDLOTHIAN, TX 76065, ELLIS COUNTY
         Owner Address:
         Land Usage - AGRICULTURAL LAND
         Subdivision Name - S D SUTTON
         Total Market Value - $1,003,032
         Assessed Value - $9,946
         Land Value - $1,003,032
         Land Size - 2,427,337 Square Feet
         Legal Description - 1015 S D SUTTON 55.724 ACRES
         Data Source - A

**Phones Plus:**   Phone Finder Ultimate
   Name: SOTO, EDUARDO
   Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785
   Phone Number: ███████████ - CST
   Phone Type: Mobile
   Carrier: T-MOBILE USA INC. - (ARLINGTON, TX)

**EXHIBIT 6**

**Driver´s License Information:**

Name: EDUARDO SOTO PEREZ
DL Number: xxxxxxxx
State: Texas
License Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
DOB: ███████
Potential SSN : ██████████
Issue Date: 07/19/2019
Data Source: Governmental

Name: EDUARDO SOTO PEREZ
DL Number: ███████
State: Texas
License Address: 4209 GREEN RIDGE LANE, ALVARADO, TX 76009-7785, JOHNSON COUNTY
DOB: ███████
Potential SSN : ██████████
Issue Date: 10/07/2011
Data Source: Governmental

Name: EDUARDO SOTO
DL Number: xxxxxxxx
State: Texas
License Address: 921 PIMILICO, MIDLOTHIAN, TX 76065-5465, ELLIS COUNTY
DOB: ███████
Potential SSN : ██████████
Issue Date: 04/02/1984
Data Source: Governmental

Name: EDUARDO SOTO
DL Number: xxxxxxxx
State: Texas
License Address: 921 PIMILICO, MIDLOTHIAN, TX 76065-5465, ELLIS COUNTY
DOB: ███████
Potential SSN : ██████████
License Type: ADJUSTMENT
Data Source: Governmental

Name: EDUARDO SOTO
DL Number: xxxxxxxx
State: Texas
License Address: 921 PIMILICO, MIDLOTHIAN, TX 76065-5465, ELLIS COUNTY
DOB: ███████
Potential SSN : ██████████
License Type: RENEWAL
Data Source: Governmental

Name: EDUARDO SOTO
DL Number: xxxxxxxx
State: Texas
License Address: WARD RD POB 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
DOB: ███████
Potential SSN : ██████████
License Type: DUPLICATE WITH EXAM
Data Source: Governmental

Name: EDUARDO SOTO
DL Number: xxxxxxxx
State: Texas
License Address: PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
DOB: ███████
Potential SSN : ██████████
Data Source: Non-Governmental

**EXHIBIT 6**

**Possible Properties Owned by Subject:**

**Property:**
Parcel Number - 126-2359-00170
Owner Name: EDUARDO SOTO
Property Address: - 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
Owner Address:
Sale Date - 11/05/2009
Subdivision Name - GREEN RIDGE PH 01
Total Market Value - $105,346
Assessed Value - $87,739
Land Value - $65,000
Improvement Value - $40,346
Land Size - 43,560 Square Feet
Year Built - 1998
Seller Name: FEDERAL HM LN MTG CORP
Legal Description - LOT 17 BLK 1 GREEN RIDGE PH 1 S# TXCTCG990743A/B L# NTA0877019/20 ELECTED REAL
Data Source - A

**Property:**
Parcel Number - 126-2359-00170
Owner Name: EDUARDO SOTO
Property Address - 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
Owner Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
Sale Date - 11/05/2009
Seller Name: FEDERAL HOME LOAN MORTGAGE CORPORATION
Data Source - A

**Motor Vehicles Registered To Subject:**

**Vehicle:**
Description: Silver 1999 Dodge Ram - 4 Door EXT Cab PK
VIN: 3B7KC236XXG165653
State Of Origin: TEXAS
Engine: 6 Cylinder 359 Cubic Inch
Restraints: Dual air bag front/active belts w/passenger side deactivation/cutoff switch
Anti Lock Brakes: ABS standard, wheels unknown
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 22085
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: EDUARDO SOTO
Potential SSN 🛈 : ▮▮▮▮▮▮▮▮
Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
DOB: ▮▮▮▮▮▮
Sex: Male
Age: 59
DL #: xxxxxxxx
Tag Number: MHZ1535
License State: TX
Earliest Registration Date: 7/22/2019

Latest Registration Date: 7/1/2022
Expiration Date: 6/30/2023

**Vehicle:**

Description: Silver 1999 Dodge Ram - 4 Door EXT Cab PK
VIN: 3B7KC236XXG165653
State Of Origin: TEXAS
Engine: 6 Cylinder 359 Cubic Inch
Restraints: Dual air bag front/active belts w/passenger side deactivation/cutoff switch
Anti Lock Brakes: ABS standard, wheels unknown
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 22085
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: EDUARDO SOTO
Potential SSN🛈: ▮▮▮▮▮▮▮▮
Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
DOB: ▮▮▮▮▮▮
Sex: Male
Age: 59
DL #: xxxxxxxx
**Title Information**
Reported Name: EDUARDO SOTO PEREZ
Title Number: 12620143666145212
Title Issue Date: 7/30/2019

*Lien Holder(s)*

None

**Vehicle:**

Description: White 1997 Dodge Ram - Club Cab Pickup
VIN: 3B7MC33D5VM589950
State Of Origin: TEXAS
Engine: 6 Cylinder 359 Cubic Inch
Restraints: Driver front air bag/passenger side active belt
Anti Lock Brakes: ABS standard, wheels unknown
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 22600
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT

**EXHIBIT 6**

Name: EDUARDO SOTO

Potential SSN 🛈: ███████

Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY

DOB: ███████

Sex: Male

Age: 59

DL #: xxxxxxxx

Tag Number: AJ20598

License State: TX

Earliest Registration Date: 3/1/2013

Latest Registration Date: 7/1/2022

Expiration Date: 6/30/2023


**Vehicle:**

Description: White 1997 Dodge Ram - Club Cab Pickup

VIN: 3B7MC33D5VM589950

State Of Origin: TEXAS

Engine: 6 Cylinder 359 Cubic Inch

Restraints: Driver front air bag/passenger side active belt

Anti Lock Brakes: ABS standard, wheels unknown

Air Conditioning: Available

Daytime Running Lights: Not available

Power Steering: Standard

Power Brakes: Standard

Power Windows: Available

Security System: Unknown

Roof: None / not available

Price: 22600

Radio: AM/FM Cassette

Front Wheel Drive: No

Four Wheel Drive: No

Tilt Wheel: Standard

Data Source: Governmental


*Owner(s)*

Name: EDUARDO SOTO

Potential SSN 🛈: ███████

Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY

DOB: ███████

Sex: Male

Age: 59

DL #: xxxxxxxx

**Title Information**

Reported Name: EDUARDO SOTO

Title Number: 22020640240112618

Title Issue Date: 3/16/2010


*Lien Holder(s)*

None


**Vehicle:**

Description: 1998 Chevrolet GMT-400 - Club Cab Pickup

VIN: 1GCHK39JXWE202351

State Of Origin: TEXAS

Engine: 8 Cylinder 454 Cubic Inch

Restraints: Active (manual) belts

Anti Lock Brakes: 4 wheel standard

Air Conditioning: Available

Daytime Running Lights: Standard

Power Steering: Standard

Power Brakes: Standard

Power Windows: Available

Security System: Anti-theft device

**EXHIBIT 6**

Roof: None / not available
Price: 25253
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: EDUARDO SOTO
Potential SSN 🛈 : ██████████
Address: PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
DOB: ██████████
Sex: Male
Age: 59
DL #: xxxxxxxx
Tag Number: 82VMG5
License State: TX
Earliest Registration Date: 4/9/2007
Latest Registration Date: 4/1/2008
Expiration Date: 3/31/2009

**Vehicle:**
Description: 1998 Chevrolet GMT-400 - Club Cab Pickup
VIN: 1GCHK39JXWE202351
State Of Origin: TEXAS
Engine: 8 Cylinder 454 Cubic Inch
Restraints: Active (manual) belts
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Anti-theft device
Roof: None / not available
Price: 25253
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
Name: EDUARDO SOTO
Potential SSN 🛈 : ██████████
Address: PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
DOB: ██████████
Sex: Male
Age: 59
DL #: xxxxxxxx
**Title Information**
Title Number: 05740936250104010
Title Status: Clear Title To Vehicle
Title Issue Date: 4/13/1999
Odometer Mileage: 29

*Lien Holder(s)*
Record Type: HISTORICAL
Lien Date: 3/22/1999

**Vehicle:**
Description: 1979 FORD F 150 - PICKUP
VIN: X15JKED2887

**EXHIBIT 6**

State Of Origin: TEXAS
Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: EDUARDO SOTO

    Potential SSN 🛈 :
    Address: PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
    DOB:
    Sex: Male
    Age: 59
    DL #: xxxxxxxx
    Tag Number: 2CVK07
    License State: TX
    Earliest Registration Date: 3/1/1999
    Latest Registration Date: 3/1/1999
    Expiration Date: 2/28/2000

**Vehicle:**
    Description: 1979 FORD F 150 - PICKUP
    VIN: X15JKED2887
    State Of Origin: TEXAS
    Data Source: Governmental

*Owner(s)*
    Name: EDUARDO SOTO

    Potential SSN 🛈 :
    Address: PO BOX 1313, MIDLOTHIAN, TX 76065-1313, ELLIS COUNTY
    DOB:
    Sex: Male
    Age: 59
    DL #: xxxxxxxx
    **Title Information**
        Reported Name: EDUARDO SOTO
        Title Number: 00000000015353629
        Title Issue Date: 4/7/1987

*Lien Holder(s)*
    None

**Vehicle:**
    Description: White 1995 Ford F - Cab And Chassis
    VIN: 1FDLF47F6SEA18209
    State Of Origin: TEXAS
    Engine: 8 Cylinder 444 Cubic Inch
    Restraints: Active (manual) belts
    Price: 20699
    Front Wheel Drive: No
    Four Wheel Drive: No
    Data Source: Governmental

*Owner(s)*
    Name: EDUARDO SOTO

    Potential SSN 🛈 :
    Address: 4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY
    DOB:
    Sex: Male
    Age: 59
    DL #: xxxxxxxx
    **Title Information**
        Reported Name: EDUARDO SOTO PEREZ
        Title Number: 12630043143141221

Title Issue Date: 2/22/2018

**EXHIBIT 6**

*Lien Holder(s)*
None



*Lien Holder(s)*
None

**EXHIBIT 6**

**Neighbors:**

**Neighborhood:**

✔4209 GREEN RIDGE LN, ALVARADO, TX 76009-7785, JOHNSON COUNTY ( 2009 - Dec 2022)
**Residents:**

EXHIBIT 6

EDUARDO SOTO  DOB: ███████

JOSE SOTO
████████    CST SOTO EDUARDO

**Source Information:**

| | |
|---|---|
| All Sources | 54  Source Document(s) |
| Driver Licenses | 7  Source Document(s) |
| Motor Vehicle Registrations | 19  Source Document(s) |
| Person Locator 1 | 3  Source Document(s) |
| Historical Person Locator | 12  Source Document(s) |
| Person Locator 2 | 1  Source Document(s) |
| Criminal | 3  Source Document(s) |
| Person Locator 5 | 7  Source Document(s) |
| Person Locator 6 | 2  Source Document(s) |